IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JAMEL GREENE**                                                                                              **PLAINTIFF**
Reg #17632-035

v.                              CASE NO. 2:23-CV-00101-BSM

**DEWAYNE HENDRIX** *et al.*                                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of July, 2023.

*[signature: Brian S. Miller]*
UNITED STATES DISTRICT JUDGE